# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131523 & (12)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

SC: 131523
COA: 269434
Clinton CC: 84-004055-FC

KENNETH M. WOJNICZ,
  Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

s1023